
RECEIVED
FEB 25 2020
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Plaintiff(s), *Lynette Jackson*

v.

*American Water Co.*

Case No. ___
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✓   NO ☐

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. NOTE: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). NOTE: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. NOTE: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: **Lynette Jackson**

   Plaintiff's address: **3619 Av De Paris**
   Street address or P.O. Box

   **Florissant, MO 63034**
   City/ County/ State/Zip Code

   **314 809-1048**
   Area code and telephone number

3. Defendant's name: **American Water**

   Defendant's address: **1410 Discovery Pkwy**
   Street address or P.O. Box

   **Alton, IL 62002**
   City/County/State/ Zip Code

   **618 433-4000**
   Area code and telephone number

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)            (City/County)            (State)   (Zip Code)

5.  When did the discrimination occur? Please give the date or time period:

1/5/18 - 12/6/19

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

____ Yes    Date filed: ____

[✓] No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[✓] Yes    Date filed: 8/26/19

[ ] No

8.  Have you received a Notice of Right-to-Sue Letter?

[✓] Yes                       [ ] No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

✓ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

____ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

__✓__ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

__✓__ harassment

____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

[✓] Yes          [ ] No

There was also retaliation. The company owed employee's for diffe pay for over 4 years. The Union turned blind side. I got over 15 names and took the Union stating we were doing a class action suit. Previously the Union continue to ignore doing a grievance, until I gave him the documents with signed names. He stated to me to give him a chance to talk with the company. A few months later the company agreed to pay out. Once that happend the company really made my life terrible. Looking for errors, trying to find things to get me in trouble, Changed approved dates for FMLA with Hartford Insurance Co who conspired together. Wrote me up to termination which they were clearly aware that I was approved. My doctor stated he doesn't believe I will be able to work any jobs to my current health issues that my job has caused. It was so bad that I became suicidal. A lot of praying and help from my health providers.

4

11. I believe that I was discriminated against because of my (check all that apply):

✓ race

___ religion

___ national origin

✓ color

___ gender

___ disability

___ age (birth year is: _____)

___ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes          ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

1. I was terminated wrongfully in May 2016. I won my job back 12/19/17 right before arbitration. I settled and returned to work on 1/2/19. Upon my return the first week my supervisors starting harrassing me. I advise my union president and he stated they're mad because you won you're job back. I was wrote up falsely. I was bullied, no adequate training as agreed upon in the agreement. Management let other employee's transfer to diffrent supervisor because they wasn't getting along. I was denied a transfer. I was the only one who sat by myself. I asked to move and sit by someone and was told no. When I originally returned I sat by someone I knew who had plenty of knowledge and could answer questions if needed. They moved her.

(Continue to page 6, if additional space is needed.)

The work load was giving out unfairly due to my supervisor knew I didn't have training in what she was giving out. She also took other co workers work and gave it to me to work, which she wasn't supposed to do. I was targeted from day one of my return. They held back my wages. Taxes taken out that wasn't suppose to. OASDI wasn't paid on time.

I had a doctors note on file from restrictions. I was followed to the restroom and everywhere I went. Even though HR and management had my note on file I was threatend with displine. I wasn't trained on how to enter my PTO upon my arrival. One of my co-workers would help when entering my time. One pictular day she was absent. I was off for 8 hours on one Tuesday and 4 hrs and the very next week. I was sure I put in right because I went over a few times. The company said I entered it wrong and wrote me up for it. I was wrote up on a discpline that I didn't know I was on until months later for failing my KPI's.

The first day of my training I was late because se HR - Monica Pointdexter was speaking to me. Once I entered the class, the trainer Danielle said you're late and you're holding my class and told me to sit. I felt disrespected and bullied. I left to advise Monica. She advised to go back to the class. I did so.

Going back to the first week upon my return my supervisor never knew me. She admitted to HR and me that she was told to harrass me from another supervisor. Management slandead my name and told my friends not to talk or hang around me because I was trouble.

HR told me it was my perception that they were following me even tho these supervisors admitted it.

I was never given a chance to work special projects. They had mostly caucasian working them. They made me feel hopeless.

I starting working from home 1/17/19. When I would reach out for help, sometimes I was ignored. Co workers was told not to help me. Management called and bullied me 12/6/19. Told me I was a liar and wasn't getting anymore traing period. Even though I had'nt received all of my training. I had a break down on 10/16 and was hospitalized. I went out on Short Term Disability on 10/17/19 - 12/1/19, I was in impatient care for 6 weeks. I returned to work on 12/2/19 and back out after a very harrassing and stressful phone call from my manager and HR - Christy Long. I'm currently out on STD. I was diagnosed with PTSD and anxiety. I can't focus anymore, loss of memory sometimes, crying spells and severe depression. I'm seeing a psychiatrist and a counselor. I'm fearfull of my job due to the horrible things I went throug and how it has effected my heath and life with me and my family.

(Attach additional sheets as necessary).

6

13. The acts set forth in paragraph 12 of this complaint:

    ☑ are still being committed by the defendant.

    ☐ are no longer being committed by the defendant.

    ☐ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I would like the court to please appoint a attourney. I'm unable to afford one. I've contacted several attourneys I can't one to take the case. I would like to seek punitive damages from my employer as this has changed my whole life. I want to some day get me back and be the happy giving person that I was. Instead of being depressed and shutting my family out. Just sit in a recliner all day.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of February, 20 20.

Signature of Plaintiff  *Lynette Jackson*