## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LYNETTE R. JACKSON,

        **Plaintiff,**

v.

                                    **Case No. 20-cv-413-SPM**

AMERICAN WATER CO.,

        **Defendant.**

 

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on August 26, 2022 granting Summary Judgment (Doc. 102), Plaintiff's claims against Defendant American Water Works Service Company, Inc., incorrectly named as American Water Co. are **DISMISSED with prejudice**.

     Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

**DATED: August 26, 2022**

                                                   MONICA A. STUMP,
                                              Clerk of Court

                                              By: *s/Jackie Muckensturm*
                                                  Deputy Clerk

APPROVED: *s/Stephen P. McGlynn*
                   STEPHEN P. MCGLYNN
                   U.S. District Judge